**SAXENA WHITE P.A.**
David R. Kaplan (SBN 230144)
505 Lomas Santa Fe Drive, Suite 180
Solana Beach, CA 92075
Tel.: (858) 997-0860
Fax: (858) 369-0096
dkaplan@saxenawhite.com

*Counsel for Plaintiffs Yueqiang Wang and
Tranquil Star Holdings Inc.*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA KABULA, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CEPTON, INC., JUN PEI, DONG CHANG, and MITCHELL HOURTIENNE,<br><br>Defendants. | No. 4:25-cv-8571-YGR<br><br>**CLASS ACTION**<br><br>**DECLARATION OF DAVID R. KAPLAN IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL L.R. 3-12 AND 7-11** |

| | |
|---|---|
| YUEQIANG WANG and TRANQUIL STAR HOLDINGS, INC., Individually and on Behalf of All Others Similarly Situated, | No. 3:25-cv-10386-CRB |
| Plaintiffs, | |
| v. | |
| CEPTON, INC., JUN PEI, DONG CHANG, MITCHELL HOURTIENNE, JUN YE, GEORGE SYLLANTAVOS,  MEI WANG, XIAOGANG ZHANG, TAKAHITO OTAKE, HIDEHARU KONAGAYA, TAKAYUKI KATSUDA, and CRAIG-HALLUM CAPITAL GROUP LLC, | |
| Defendants. | |

I, David R. Kaplan, declare on this 4th day of December 2025:

1. I am a Director with the law firm Saxena White P.A. ("Saxena White"), counsel for Plaintiffs Yueqiang Wang and Tranquil Star Holdings Inc. (together, "Wang"). I am a member in good standing of the Bar of the State of California, and admitted to practice before this Court. I submit this Declaration in support of Plaintiffs' Administrative Motion to Consider Whether Cases Should Be Related (the "Motion"). I have personal knowledge of the matters stated herein, and, should I be called upon, I could and would competently testify thereto.

2. Attached as Exhibit A is a true and correct copy of the Class Action Complaint for Violations of the Federal Securities Laws, filed on December 3, 2025 in the matter captioned *Yueqiang Wang, et al. v. Cepton, Inc., et al.*, No. 3:25-cv-10386-CRB (the "*Wang* Action").

3. Before filing this Motion, my colleague Marco A. Dueñas and I, counsel for Wang, corresponded by email with counsel for Plaintiff Lisa Kabula in the action captioned *Kabula v. Cepton, Inc., et al.*, No. 4:25-cv-8571-YGR (N.D. Cal. filed Oct. 7, 2025) (the "*Kabula* Action"), seeking to confirm whether Plaintiff Kabula takes a position on the forthcoming Motion. Counsel confirmed that Plaintiff Kabula does not oppose the Motion. As of the date of this Motion, Defendants have not appeared in either the *Wang* or *Kabula* Actions.

I hereby declare under penalty of perjury that the foregoing is true and correct.

Dated: December 4, 2025

Respectfully submitted,

By: */s/ David R. Kaplan*

DECL. OF DAVID. R. KAPLAN ISO ADMIN.
MOT. TO CONSIDER WHETHER RELATED
CASE NO. 3:25-CV-10386-CRB

**CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury that on December 4, 2025, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel or parties of record.

/s/ David R. Kaplan
David R. Kaplan