**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| LISA KABULA, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> CEPTON, INC., JUN PEI, DONG CHANG, and MITCHELL HOURTIENNE, <br><br> Defendants. | No. 4:25-cv-8571-YGR <br><br> **CLASS ACTION** <br><br> **[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO RELATE CASES** |

YUEQIANG WANG and TRANQUIL STAR HOLDINGS, INC., Individually and on Behalf of All Others Similarly Situated,

Plaintiffs,

v.

CEPTON, INC., JUN PEI, DONG CHANG, MITCHELL HOURTIENNE, JUN YE, GEORGE SYLLANTAVOS, MEI WANG, XIAOGANG ZHANG, TAKAHITO OTAKE, HIDEHARU KONAGAYA, TAKAYUKI KATSUDA, and CRAIG-HALLUM CAPITAL GROUP LLC,

Defendants.

No. 3:25-cv-10386-CRB

Upon consideration of (1) Plaintiffs Yueqiang Wang and Tranquil Star Holdings Inc.'s Administrative Motion to Consider Whether Cases Should Be Related; (2) the Memorandum of Points and Authorities in support thereof; (3) the Declaration of David R. Kaplan with exhibit submitted in support thereof; and (4) all other pleadings and arguments submitted to this Court, and for good cause shown,

**IT IS HEREBY ORDERED THAT:**

1.	The Motion is **GRANTED**.

2.	The action captioned *Yueqiang Wang, et al. v. Cepton, Inc., et al.*, No. 3:25-cv-10386-CRB (N.D. Cal. filed Dec. 3, 2025) (the "*Wang* Action") is hereby related to the action captioned *Kabula v. Cepton, Inc., et al.*, No. 4:25-cv-8571-YGR (N.D. Cal. filed Oct. 7, 2025). The *Wang* Action shall be reassigned to the undersigned Judge pursuant to Local Rule 3-12(f).

**IT IS SO ORDERED.**

DATED: _____, 2025

_____
HONORABLE YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING ADMIN.
MOT. TO RELATE CASES
CASE NO. 3:25-CV-10386-CRB